1   PHILLIP A. TALBERT
    United States Attorney
2   BRIAN A. FOGERTY
    Assistant United States Attorney
3   501 I Street, Suite 10-100
    Sacramento, CA 95814
4   Telephone: (916) 554-2700
    Facsimile:  (916) 554-2900
5

6   Attorneys for Plaintiff
    United States of America
7

8              IN THE UNITED STATES DISTRICT COURT

9               EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          CASE NO.  2:17-CR-00026 TLN

                    Plaintiff,         ORDER SEALING DOCUMENTS AS SET FORTH
12                                     IN GOVERNMENT'S NOTICE

              v.
13
    WILLIAM CHARLES COOLEY, JR.,
14
                    Defendant.
15

16

17          Pursuant to Local Rule 141(b) and based upon the representation contained in the Government's

18  Request to Seal, IT IS HEREBY ORDERED that the government's three-page memorandum pertaining

19  to defendant William Charles Cooley, Jr., and the Government's Request to Seal shall be SEALED until

20  further order of this Court.

21          It is further ordered that access to the sealed documents shall be limited to the government and

22  counsel for the defendant William Charles Cooley, Jr.

23          The Court has considered the factors set forth in *Oregonian Publishing Co. v. U.S. District Court for

24  the District of Oregon*, 920 F.2d 1462 (9th Cir. 1990).  The Court finds that, for the reasons stated in the

25  Government's request, sealing the Government's memorandum serves a compelling interest.  The Court

26  further finds that, in the absence of closure, the compelling interests identified by the

27  Government would be harmed.  In light of the public filing of its request to seal, the Court further finds that

28  there are no additional alternatives to sealing the Government's memorandum that would adequately protect

    ORDER SEALING DOCUMENTS AS SET FORTH IN        1
    GOVERNMENT'S NOTICE

1   the compelling interests identified by the Government.

2

3   Dated: July 24, 2017

4

5   _____

6   Troy L. Nunley
    United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER SEALING DOCUMENTS AS SET FORTH IN                    2
GOVERNMENT'S NOTICE